IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

HEATHER N. THOM,

    Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

Civ. No. 6:16-cv-01840-SB

ORDER

MCSHANE, Judge:

Magistrate Judge Stacie F. Beckerman filed a Findings and Recommendation (#15), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Beckerman's Findings and Recommendation (#15) is adopted. The Commissioner's decision is REVERSED and this matter is REMANDED for further proceedings as detailed in Judge Beckerman's Findings and Recommendation.

IT IS SO ORDERED.

DATED this 11th day of December, 2017.

                                                 /s/ Michael J. McShane
                                                    Michael McShane
                                               United States District Judge