UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

HEATHER N. THOM,

    Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.
_____

Case No. 6:16-cv-01840-SB

ORDER

    This Court, having considered the Stipulated Application for Fees Pursuant to EAJA (ECF No. 21), having reviewed the record, and finding Plaintiff and Defendant have stipulated to an EAJA attorney fee in the amount of $7,300, finds the requested fee is reasonable and awards Plaintiff an EAJA Attorney Fee in the amount of $7,300 pursuant to 28 U.S.C. § 2412, and $0 for costs and expenses pursuant to 28 U.S.C. § 1920, for a total of $7,300 subject to debt owed the U.S.

Page 1

Government pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). If Plaintiff has no such Treasury debt then the EAJA fee check shall be made out to Plaintiff's attorney Richard F. McGinty, and mailed to Plaintiff's attorney at: P.O. Box 12806, Salem, OR 97309-0806.

If Plaintiff has a Treasury debt then the check for any remaining funds after offset of the Treasury debt shall be made out to Plaintiff and mailed to Plaintiff's attorney at the address indicated above.

IT IS SO ORDERED.

DATED: February ____, 2018.

_____
STACIE F. BECKERMAN
United States Magistrate Judge

Presented by:
Richard F. McGinty OSB #86071
503-371-9636
Of Attorneys for Plaintiff